379 A.2d 585

Commonwealth v. Dunbar, Appellant.

Submitted December 6, 1976. Barry H. Denker, for appellant; Vincent M. Lorusso, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence affirmed.

HOFFMAN, J., dissents for the reasons stated in *Commonwealth v. Brown,* 248 Pa.Superior Ct. 289, 375 A.2d 102 (1977).